## 35539. LEE et al. v. COLLINS.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED OCTOBER 26, 1979 — DECIDED NOVEMBER 6, 1979 — REHEARING DENIED NOVEMBER 27, 1979.

*James E. Flynn, Jr.,* for appellants.
*Glenville Haldi,* for appellee.

## 35263. KEY v. KEY.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED AUGUST 30, 1979 — DECIDED NOVEMBER 27, 1979.

*Dennis C. O'Brien,* for appellant.
*Jenkins & Landrum, Phil M. Landrum, Jr.,* for appellee.